Mitchell F. Boomer (State Bar No. 121441)
Douglas M. Bria (State Bar No. 226966)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
(boomerm@jacksonlewis.com)
(briad@jacksonlewis.com)

Attorneys for Defendant
SIEMENS MEDICAL SOLUTIONS USA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT SCHUMACHER,<br><br>    Plaintiff,<br><br>v.<br><br>SIEMENS MEDICAL SOLUTIONS USA, INC., and DOES 1 THROUGH 25, inclusive,<br><br>    Defendants. | Case No. ~~RG10534322~~ 11-275-JSW<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE and ~~[PROPOSED]~~ ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the above-captioned action should hereby be dismissed with prejudice, without costs as against any party. This stipulation may be filed by any party without notice.

By: _/s/ Kathleen Lucas_
Kathleen Lucas
Shauna Casebier
THE LUCAS LAW FIRM
Attorneys for Plaintiff
Albert Schumacher

By: _/s/ Mitchell F. Boomer_
Mitchell F. Boomer
JACKSON LEWIS LLP
Attorneys for Defendant Siemens
Medical Solutions U.S.A., Inc.

---

1

STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE            Case No. RG10534322

## ORDER

GOOD CAUSE APPEARING, THE PARTIES STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE IS GRANTED.

Dated: October 11, 2011

*Jeffrey S. White*
UNITED STATES DISTRICT COURT JUDGE

4813-4076-2123, v. 1

2

STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE                    Case No. RG10534322